1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL PATNODE and MELVIN PATNODE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE OMPANY, a Massachusetts corporation,<br><br>Defendant. | NO.  CV-09-3012-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 11).  The parties stipulate that all claims be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal (Ct. Rec. 11) is **GRANTED**.

2. All claims in the above-captioned proceeding are dismissed with prejudice and without costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 4th day of September, 2009.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Senior United States District Judge

Q:\CIVIL\2009\Patnode\patnodediis.wpd

**ORDER GRANTING STIPULATION OF DISMISSAL** ~ 1